[No. 33003-6-III. Division Three. August 11, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID MATTHEW HENKLEMAN, *Appellant*.

 by unpublished opinion per Lawrence-Berrey, J., concurred in by Siddoway, C.J., and Brown, J.

[No. 33226-8-III. Division Three. August 11, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. CESAR BELTRAN JR, *Appellant*.

 by unpublished opinion per Korsmo, J., concurred in by Brown, A.C.J., and Lawrence-Berrey, J.

[No. 32733-7-III. Division Three. August 13, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. MARTIN FIGUEROA, *Appellant*.

 by unpublished opinion per Brown, A.C.J., concurred in by Korsmo and Fearing, JJ.